# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASE TO | ) | No. 2008-10 |
| THE HONORABLE KAREN E. SCHREIER | ) | |

With the concurrence of Chief Circuit Judge James B. Loken and United States District Judges Joseph F. Bataillon, and Karen E. Schreier,

IT IS ORDERED:

1. Effective immediately, the following case is reassigned from Judge Bataillon to Judge Schreier for the purposes of trial:

    **8:07CR251 USA v. Petra Odila Ortega-Sosa**

2. The magistrate judge assignment will remain unchanged.

3. The above case will be called for trial in the Special Proceedings Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska on **May 6, 2008.**

DATED 25th day of April, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge