IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3028-2 |
| | ) | |
| V. | ) | |
| | ) | |
| JUAN R. ANAYA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR251 |
| | ) | |
| V. | ) | |
| | ) | |
| PETRA ODILA ORTEGA-SOSA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the request of Chief Judge Bataillon, today I conferred with him regarding the above-styled cases. I have been assigned the *Anaya* case and Judge Schreier has been assigned the *Ortega-Sosa* case. Carlos Monzon represents the defendants in both cases. Both cases have been scheduled for trial commencing on May 5, 2008 (or shortly thereafter). Both cases require interpreters. Mr. Monzon has advised Chief Judge Bataillon that he is scheduled for an appearance in a state matter in the western part of the state on Monday, May 5, 2008, but he is available for trial on May 6, 2008.

It is obvious that Mr. Monzon cannot try two federal cases at the same time. Therefore,

IT IS ORDERED that:

(1) In *United States v. Juan R. Anaya*, this matter is continued until further order of the court and Judge Piester is requested to set a trial date. The time between this date and the trial date set by Judge Piester is excluded from computation under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

(2) In *United States v. Petra Odila Ortega-Sosa*, counsel for the government and Mr. Monzon shall contact Judge Schreier regarding the starting time for the trial of that matter.

(3) The Clerk of the Court shall provide copy of this memorandum and order to Chief Judge Bataillon, Judge Schreier, Magistrate Judge Piester, counsel of record for both cases, and staff interpreter Laura Garcia-Hein.

April 28, 2008.                    BY THE COURT:

                                   *S/Richard G. Kopf*
                                   United States District Judge